IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| NIKOLA CORPORATION, et al., | ) | Bankruptcy Case No.: 25-10258-TMH |
| | ) | Bankr. BAP No. 25-0044 |
| Debtors. | ) | |
| _____ | ) | |
| TREVOR MILTON, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 25-1194-GBW |
| | ) | |
| NIKOLA CORPORATION AND ITS AFFILIATE DEBTORS, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

**ORDER**

At Wilmington, Delaware, this **22nd day of October 2025**;

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties jointly agree that their disputes here cannot be resolved through mediation and the Court agrees;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that mediation is not appropriate in this matter and recommends that the assigned District Judge issue an order withdrawing the matter from mediation and setting the following appellate briefing

schedule (agreed to by the parties):

1. Appellant's Opening Brief shall be filed on December 5, 2025.

2. Appellee's Answering Brief shall be filed on January 12, 2026.

3. Appellant's Reply Brief shall be filed on January 30, 2026.

_____
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE